1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8                                    * * *

9    LARRY D. REAVES,                        Case No. 3:14-cv-00557-MMD-WGC
                                             Case No. 3:14-cv-00594-MMD-WGC
10                          Plaintiff,       Case No. 3:14-cv-00658-MMD-WGC
                                             Case No. 3:14-cv-00671-MMD-WGC
11          v.                               Case No. 3:15-cv-00027-MMD-WGC
                                             Case No. 3:15-cv-00033-MMD-WGC
12   SECOND JUDICIAL SECURITY                Case No. 3:15-cv-00049-MMD-WGC
     OFFICERS,                               Case No. 3:15-cv-00052-MMD-WGC
13                                           Case No. 3:15-cv-00053-MMD-WGC
                            Defendants.      Case No. 3:15-cv-00078-MMD-WGC
14

15                                             ORDER ACCEPTING AND ADOPTING
                                                 REPORT AND RECOMMENDATION
16                                                 OF MAGISTRATE JUDGE
                                                     WILLIAM G. COBB
17

18

19          Before the Court is the Report and Recommendation of United States Magistrate

20   Judge William G. Cobb (dkt. no. 3) ("R&R") relating to plaintiff's initiation of forty-seven

21   separate cases in this District. The Defendants include various entities, including the

22   Department of Veteran Affairs, Second Judicial Security Officers, Western Union, VA

23   Police, VA Sierra Nevada Healthcare Services, VA Medical Center, the Social Security

24   Administration, Men's Shelter of Reno, Nevada, Barak Obama, TEAM, AMVET, JOH

25   Blankenship, Criminal Division, Judge, District Attorney, San Mateo County, Veterans

26   Services, Reno International Airport, Delta Airlines, Southwest Airlines, U.S. Airways,

27   Inc., American Airlines, TSA, Amtrak, VA Regional Offices, Hilton Gardens Inn, DAV,

28   Motel 6, Jose Rivero, Mrs. Becky, U.S. Navy, and U.S. Navy Reserve. Plaintiff had until

1   March 10, 2015, to object to the R&R. Plaintiff filed his objection on March 13, 2015 (dkt.

2   no. 4).

3       This Court "may accept, reject, or modify, in whole or in part, the findings or

4   recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party

5   timely objects to a magistrate judge's report and recommendation, then the court is

6   required to "make a *de novo* determination of those portions of the [report and

7   recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Plaintiff's objection

8   was not timely.

9       Nevertheless, this Court finds it appropriate to engage in a *de novo* review to

10  determine whether to adopt Magistrate Judge Cooke's R&R. The R&R points out that in

11  this action, the Court ordered that Plaintiff either pay the filing fee or submit a proper

12  application to proceed in forma pauperis. (3:14-cv-00557-MMD-WGC, dkt. no. 3.) In

13  response to the Court's order, Plaintiff submitted an IFP application, but it is largely

14  illegible, does not state facts as to his poverty with any particularity, and does not appear

15  to have been signed by Plaintiff under penalty of perjury. (3:14-cv-00557-MMD-WGC,

16  dkt. no. 4.) As further discussed in Magistrate Judge Cobb's R&R, for the most part, the

17  "initiating documents" consist of pages that appear to vaguely-mimic the format of a

18  complaint, sometimes including a caption, but then just contain random words such as

19  "terrorism" and "corruption," or dates and numbers with scribbled notes that are by and

20  large indecipherable. (*See id.*) Some of the "initiating documents" also include copies of

21  blank forms from various government agencies such as instructions for depositing social

22  security checks (*see id.*), forms regarding identity theft and instructions from the Social

23  Security Administration (*see, e.g.,* 3:14-cv-00658-MMD-WGC, dkt. no. 1-1), and even

24  receipts from fast food restaurants and other stores (*see* dkt. no.  3:14-cv-00595-RCJ-

25  WGC at dkt. no. 1-1 at 7). Others contain a caption page and nothing else. (*See* 3:14-cv-

26  00659-RCJ-WGC at dkt. no. 1-1, 3:15-cv-00052-MMD-WGC at dkt. no. 1-1.) The Court

27  agrees that each of these actions should be dismissed because they are clearly frivolous

28  and fail to state any claim upon which relief may be granted. The actions are

incomprehensible, and contain no factual allegations, but merely words on pages, occasionally accompanied by a document that may or may not have any relevance to the words contained on the associated pages. Upon reviewing the R&R and Plaintiff's filings in his cases before this Court, this Court finds good cause to accept and adopt the Magistrate Judge's R&R in full.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge William G. Cobb (dkt. no. 8) is accepted and adopted in its entirety.

It is further ordered that each of plaintiff's complaints listed above is dismissed with prejudice.

The Clerk is directed to close this case.

DATED THIS 28th day of April 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE